NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR J. TATE,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3066

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110123-I-1.

---

## ON MOTION

---

## ORDER

Victor J. Tate moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Victor J. Tate
    Jeanne E. Davidson, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK